IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| HUNTER B. FLESHOOD, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL NO. 3:09CV833 |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## FINAL ORDER

This matter is before the Court on the Report and Recommendation of the Magistrate

Judge (R&R) entered on September 8, 2010. The time to file objections has expired and neither

party has objected to the R&R. Having considered the matter and deeming it otherwise proper

and just to do so, it is hereby ORDERED:

(1)  The Report and Recommendation of the Magistrate Judge is ACCEPTED and
     ADOPTED as the OPINION of the Court.

(2)  Plaintiff's Motion for Summary Judgment (docket no. 18) is DENIED.

(3)  Defendant's Motion for Summary Judgment (docket no. 20) is GRANTED.

(4)  The decision of the Commissioner is AFFIRMED.

(5)  This case is CLOSED.

Let the Clerk of the Court send a copy of this Final Order to Plaintiff and all counsel of

record.

It is so ORDERED.

_____ /s/ _____
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: _October 1, 2010_